UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MELINDA HARDIMAN                                                                          PLAINTIFF

VS.                                          4:12CV00408 JMM

UNIVERSITY OF ARKANSAS COMMUNITY
COLLEGE AT MORRILTON                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order granting Defendant's Motion for Summary Judgment, Judgment is hereby entered in favor of the Defendant and against the Plaintiff with prejudice.

IT IS SO ORDERED this 3rd day of June, 2013.

James M. Moody
United States District Judge